UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO VALENZUELA,<br><br>    Plaintiff,<br><br>    v.<br><br>THORNTONA, et al.,<br><br>    Defendants. | No.  2:23-cv-02494-EFB (PC)<br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983, along with a request to proceed in forma pauperis.  However, plaintiff did not sign his complaint.  Parties proceeding without counsel are required to sign all pleadings, motions, and other papers submitted to the court for filing.  Fed. R. Civ. P. 11(a).  Thus, the court is unable to consider plaintiff's complaint unless he signs and re-files it.

Accordingly, the court directs plaintiff to re-file his complaint with his signature added.  Failure to comply with this order will result in a recommendation that this action be dismissed.

In accordance with the above, IT IS HEREBY ORDERED that within thirty days from the date of this order, plaintiff shall file a signed complaint.  Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed.

Dated: January 22, 2024

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1