1

2

3

4

5

6

7

8                                     UNITED STATES DISTRICT COURT

9                              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    MARIO P. VALENZUELA,                          No.  2:23-cv-02494-EFB (PC)

12               Plaintiff,

13         v.                                        ORDER

14    THORNTONA, et al.,

15               Defendants.

16

17         On January 22, 2024, plaintiff was ordered to file a signed complaint and was cautioned

18    that failure to do so would result in a recommendation that this action be dismissed.  ECF No. 8.

19    The thirty-day period expired, and plaintiff did not file a signed complaint.  Accordingly, the

20    undersigned recommended that the action be dismissed.  ECF No. 9.  Plaintiff has filed objections

21    to that recommendation.  ECF No. 11.  He states that he was not receiving his legal mail due to a

22    backlog.

23         The court will give plaintiff one more opportunity to file a signed complaint.

24    Accordingly, it is hereby ORDERED that:

25         1.  The March 25, 2024 findings and recommendations (ECF No. 9) are RESCINDED;

26         2.  Within 30 days of service of this order, plaintiff shall file a signed complaint;

27         3.  Failure to comply with this order will result in a recommendation that this action be

28             dismissed; and

                                                  1

4.  The Clerk of Court is directed to send plaintiff a copy of the January 22, 2024 order (ECF
No. 8).

Dated: May 28, 2024

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2